UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Case No. 1:14-CV-00099-JEB

In the Matter of:

| | |
|---|---|
| ISHMAEL CLARK-WILLIAMS, | } |
| | } |
| Plaintiff, | } |
| | } |
| vs. | } |
| | } |
| LOCAL 689, AMALGAMATED TRANSIT UNION<br>2701 Whitney Place<br>Forestville, MD 20747 | } |
| | } |
| Mr. Anthony Garland<br>c/o Local 689 2701 Whitney Place<br>Forestville, MD 20747<br>and | } |
| | } |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY (WMATA)<br>600 Fifth Street, NW<br>Washington, DC 20001 | } |
| | } |
| Defendants. | } |

## DEFENDANTS' MOTION TO DISMISS

Defendant Amalgamated Transit Union, Local 689, AFL-CIO (hereinafter "Local 689" or the "Union"), by and through undersigned counsel, pursuant to Fed. R. Civ. P.12(b)(6), hereby Moves this Court to dismiss all claims of the Plaintiff.

The basis for this motion are set forth in the accompanying memorandum.

Respectfully submitted,
Defendant
**Local 689, Amalgamated Transit Union, AFL-CIO**
By its Counsel,

____/s/ Douglas Taylor_____
Douglas Taylor 959502
GROMFINE, TAYLOR& TYLER P.C.
1420 King Street, Suite 5000
Alexandria, VA 22314
703.683.7780
703.683.2065 (fax)
Dtaylor@lbgt.com
