UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ISHMAEL CLARK-WILLIAMS,**<br><br>　Plaintiff,<br><br>　　　v.<br><br>**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,** *et al.*,<br><br>　Defendants. | Civil Action No. 14-99 (JEB) |

## SCHEDULING ORDER

Pursuant to the Initial Scheduling Conference held March 14, 2014, the Court ORDERS that the following schedule shall govern further proceedings:

1. Initial disclosures shall be filed on or before April 28, 2014;

2. If either party wishes to introduce expert testimony, that party shall identify the experts on or before May 14, 2014, and the opposing party shall identify rebuttal experts on or before July 14, 2014;

3. Discovery shall be completed on or before September 12, 2014;

4. A status hearing is scheduled for September 17, 2014, at 9:30 a.m. in Courtroom 19;

5. No discovery motions may be filed without leave of court.  In the event that a discovery dispute arises, the parties shall make a good faith effort to resolve or narrow the areas of disagreement.  If the parties are unable to resolve the discovery dispute, the parties shall jointly call chambers at (202) 354-3300, at which time the Court will either rule on the issue or determine the manner in which it will be handled; and

6. Parties may not extend any deadline by stipulation; instead, parties must seek extensions

by motion. Consent motions are generally looked upon with favor by the Court.

**SO ORDERED**.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date: March 14, 2014